IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02873-WYD-MEH

MARIA MOLL,

      Plaintiff,

v.

CITY OF FORT LUPTON, a Colorado municipal corporation, and
RON GRANNIS,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 28, 2010.**

Defendant City of Fort Lupton's Unopposed Motion Regarding Due Date with Respect to First Responsive Pleading [filed December 22, 2010; docket #4] is **granted**. Defendant City of Fort Lupton shall answer or otherwise respond on or before **January 24, 2011**.