IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-02873-WYD-MEH

MARIA MOLL,

    Plaintiff,

v.

CITY OF FORT LUPTON, a Colorado municipal corporation; and
RON GRANNIS,

    Defendants.

## ORDER

This matter is before the Court on Stipulated Motion to Dismiss Ron Grannis with Prejudice filed on March 25, 2011. The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that the Stipulated Motion to Dismiss Ron Grannis with Prejudice (ECF No. 18) **GRANTED.** Defendant Ron Grannis, in both his individual and official capacities, is **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs. Defendant Grannis shall hereafter be taken off the caption.

Dated: March 25, 2011.

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      WILEY Y. DANIEL,
                      CHIEF UNITED STATES DISTRICT JUDGE