IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02873-WYD-MEH

MARIA MOLL,

    Plaintiff,

v.

CITY OF FORT LUPTON, a Colorado municipal corporation,

    Defendant.

## ORDER

This matter is before the Court on Stipulated Motion to Dismiss All Claims with Prejudice filed on March 31, 2011.  The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that the Stipulated Motion to Dismiss All Claims with Prejudice (ECF No. 20) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to pay her or its own attorneys' fees and costs.

Dated:  March 31, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE